# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAO AO,<br><br>　　　　　　　　　Petitioner,<br><br>　v.<br><br>KRISTI NOEM, *et al.*,<br><br>　　　　　　　　　Respondents. | Case No. 26-cv-00354-BAS-JLB<br><br>**ORDER:**<br><br>**(1) GRANTING PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 1); AND**<br><br>**(2) GRANTING MOTION FOR INJUNCTIVE RELIEF (ECF No. 2)** |

　　　On December 9, 2025, the Court denied without prejudice Xiao Ao's request for release in Case No. 25-cv-3256-BAS-VET. (ECF No. 8 in No. 25-cv-3256.) The Court reasoned that Petitioner had been in detention for less than six months following a final order of removal, which is presumptively reasonable under *Zadvydas v. Davis*, 533 U.S. 678 (2001). (*Id.*) The Court noted that "if six months pass without any likelihood of removal in the reasonably foreseeable future, Petitioner is free to refile the Petition at that time." (*Id.*)

　　　Petitioner filed a renewed Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 because the six-month period had passed. (ECF No. 1.) He also filed a

Motion for Temporary Restraining Order that seeks immediate release ("Motion for Injunctive Relief"). (ECF No. 2.) The Court held a hearing on the renewed Petition.

For the reasons expressed at the hearing, the Court **GRANTS** the Petition and the Motion for Injunctive Relief. Specifically, the Court finds Petitioner's detention violates *Zadvydas v. Davis*, 533 U.S. 678 (2001), because there is no reasonable likelihood of removal in the reasonably foreseeable future. Accordingly, the Court issues the following writ:

> The Court **ORDERS** Respondents to immediately release Xiao Ao from custody.

The Court also finds it appropriate to grant permanent injunctive relief as follows:

> Respondents are **PROHIBITED** from removing Xiao Ao without providing Petitioner and his counsel with notice of the country Respondents plan to remove him to and an opportunity to be heard.

> Respondents are **PROHIBITED** from re-detaining Xiao Ao for removal unless Respondents have obtained a travel document to effectuate removal.

The Clerk of Court shall close the case.

**IT IS SO ORDERED.**

**DATED: January 30, 2026**

Hon. Cynthia Bashant, Chief Judge
United States District Court